UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BILLIE CONLEY, JR. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>1008 BANK STREET, LLC D/B/A )<br>RIVERSIDE AUTO II, )<br>    Defendant )<br>_____) | CIVIL ACTION NO.<br>3:20-CV-284-CSH<br><br><br><br><br><br>APRIL 12, 2022 |

### REPORT OF ACCOUNTING OF PROCEEDS FROM SALE

Pursuant to the Default Judgment entered on February 18, 2022, Plaintiff hereby submits his report to the Court with an accounting of the proceeds from the sale of the subject Vehicle.

Plaintiff sold the Vehicle on April 1, 2022 to CarMax Auto Superstores, Inc. for $6,000.00. See Vehicle Purchase Agreement, Exhibit A.

| | |
|---|---|
| Damages awarded: | $25,199.24 |
| Proceeds from Sale: | $ 6,000.00 |
| Balance due: | $19,199.24 |

There remains a balance due of $19,199.24.

                                           PLAINTIFF, BILLIE CONLEY, JR.

                                           By: /s/ *Daniel S. Blinn*
                                                  Daniel S. Blinn (ct02188)
                                                  Consumer Law Group, LLC
                                                  35 Cold Spring Road, Suite 512
                                                  Rocky Hill, Connecticut 06067
                                                  Tel (860) 571-0408
                                                  Fax (860) 571-7457
                                                  dblinn@consumerlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 12, 2022 a copy of the foregoing was filed electronically and served by first-class mail, postage prepaid, to the defendant at the address(es) listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

1008 Bank Street, LLC d/b/a Riverside Auto II
c/o Anthony R. Basilica, Esq., Its Registered Agent
37 Granite Street
New London, CT 06320

                                                          <u>*/s/ Daniel S. Blinn*</u>
                                                          Daniel S. Blinn